UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CRIMINAL ACTION NO. 4-10

UNITED STATES OF AMERICA, PLAINTIFF,

v. **OPINION & ORDER**

GREG BOGGS, DEFENDANT.

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Defendant's Petition under 28 U.S.C. §2255 to Vacate, Set Aside or Correct Sentence (Rec. No. 121). The matter was referred to the United States Magistrate Judge for consideration.

On November 27, 2006, the Magistrate Judge filed his Report and Recommendation (Rec. 144). Based on a review of the record and applicable law, the Magistrate Judge recommended that Defendant's motion should be denied with prejudice and that a certificate of appealability should not be issued.

Defendant has filed objections to the Magistrate Judge's Report and Recommendation (Rec. No. 145). This Court must make a *de novo* determination of those portions of the Magistrate Judge's proposed report and recommendation to which objection is made. 28 U.S.C. § 636(b)(1)(C). The Court has considered the Defendant's objections and, after having examined the record and conducting a *de novo* review of them, the Court finds the objections to be without merit.

Accordingly, the Court, being otherwise sufficiently advised, **HEREBY ORDERS** that:

(1) The Magistrate Judge's Report and Recommendation (Rec. No. 144) is hereby

**ADOPTED** as the opinion of the Court; and

(2) The Petition under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Rec. No. 121) is hereby **DENIED**; and

(3) A certificate of appealability should not be issued.

Dated this 2nd day of February, 2007.

Signed By:

*Karen K. Caldwell*    KKC

**United States District Judge**